UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.

| | | |
|---|---|---|
| IN THE MATTER OF | ) | ORDER SEALING |
| THE SEARCH OF | ) | SEARCH WARRANT |
| 3547 LAURENHURST LANE | ) | AND APPLICATION FOR |
| CHARLOTTE, NC | ) | SEARCH WARRANT |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the search warrant and application for search warrant in this matter be sealed.

NOW THEREFORE IT IS ORDERED that the search warrant and application for search warrant in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 16th day of April, 2008.

_____
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE