UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | MISC. NO. 3:08 mj 87 |
| | ) | |
| | ) | |
| SEARCH WARRANT | ) | ORDER UNSEALING SEARCH WARRANT AFFIDAVIT AND APPLICATION |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant Affidavit and Application be unsealed,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application be unsealed.

This the 14th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE